# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**JILLIAN ASHLEY HOLTZCLAW**                                               **PLAINTIFF**

**v.**                                               **CIVIL ACTION NO. 1:23-cv-218-TBM-BWR**

**ALACRITY CLAIMS SOLUTIONS,
LLC; ALACRITY ADJUSTING
SOLUTIONS, LLC;** *and*
**SPINNAKER INSURANCE
COMPANY**                                               **DEFENDANTS**

## JUDGMENT OF DISMISSAL

The parties having agreed to, and announced to the Court, a resolution of this case. The

Court desires that this matter be finally closed on its docket.

IT IS THEREFORE ORDERED AND ADJUDGED that this case is hereby DISMISSED

WITH PREJUDICE as to all parties, with each party to bear its own costs. The Court will retain

jurisdiction over this lawsuit for the purpose of enforcing any agreement governing the resolution

and dismissal.

This the 28th day of February, 2024.

_____
**TAYLOR B. MCNEEL**
**UNITED STATES DISTRICT JUDGE**